BEFORE:   VIKTOR V. POHORELSKY               DATE:         1/29/13
          U.S. MAGISTRATE JUDGE              START TIME:   5:15 p.m.
                                             END TIME:     5:30 p.m.
DOCKET NO.   CV-11-5472                      JUDGE:        SLT

CASE NAME:   Green v. The City of New York, et al.

                        CIVIL CONFERENCE

PURPOSE OF CONFERENCE:   Telephone Settlement

APPEARANCES:   Plaintiff    Adanna Ugwonali
               Defendant    James Desmond

SCHEDULING AND RULINGS:

1. The defendants have determined that the court records confirmed that the plaintiff was released on his own recognizance at his initial appearance rather than two to three days later as he contended. That led to further settlement discussions between the parties, as well as further settlement discussions in this conference. As a result of the discussions today with the court, the parties have agreed on a settlement amount in full satisfaction of all claims, including claims for attorneys fees, arising out of the allegations in the complaint.

2. The defendants will prepare settlement documentation and submit that to the plaintiff for review and signature within the week, following which a stipulation of dismissal will be filed with the court.